UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
OMNI INNOVATIONS, LLC, *et al.*,    )    No. C06-1537JCC
                                    )
                     Plaintiffs,    )
          v.                        )    ORDER
                                    )
INVIVA, INC., *et al.*,             )
                                    )
                     Defendants.    )
_____ )

This matter comes before the Court under Local General Rule 8(c). Plaintiff James S. Gordon filed a "Motion for Recusal of the Honorable John C. Coughenour" in the above-captioned matter. Dkt. # 45. Judge Coughenour declined to recuse himself voluntarily and the matter was referred to the Chief Judge for review. Dkt. # 47. Plaintiff's motion is therefore ripe for review by this Court.

Plaintiff's motion is virtually identical to the one he filed in Omni Innovations, LLC v. Smartbargains.com LP, C06-1129JCC (Dkt. # 35). For the reasons stated in the undersigned's order of October 6, 2009 (C06-1129JCC (Dkt. # 39)), Judge Coughenour's impartiality cannot reasonably be questioned in this matter. There being no evidence of bias or prejudice, plaintiff's request to remove Judge Coughenour is DENIED.

ORDER

1

2  Dated this 9th day of October, 2009.

3  _____

4  Robert S. Lasnik
5  Chief Judge, United States District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER                                      -2-